IN THE SUPREME COURT OF NORTH CAROLINA

2022-NCSC-65

No. 45A21

Filed 17 June 2022

FUND HOLDER REPORTS, LLC

v.

NORTH CAROLINA DEPARTMENT OF STATE TREASURER


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 275 N.C. App. 470, 854 S.E.2d 64 (2020), affirming an order entered on 26 November 2019 by Judge Vinston Rozier in Superior Court, Wake County. Heard in the Supreme Court on 9 May 2022.

*Stam Law Firm, PLLC, by R. Daniel Gibson, for petitioner-appellant.*

*Joshua H. Stein, Attorney General, by Ryan Y. Park, Solicitor General, Marc X. Sneed, Special Deputy Attorney General, S. Luke Morgan, Fellow, Office of the General Counsel, and Samuel W. Magaram, Solicitor General Fellow, for respondent-appellee.*


PER CURIAM.

AFFIRMED.

Justice MORGAN did not participate in the consideration or decision of this case.